WINNIE PIPELINE V. HARRINGTON

NO. 07-03-0028-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 26, 2004

______________________________

WINNIE PIPELINE COMPANY, N/K/A ACACIA NATURAL GAS CORPORATION,

AND MITCHELL GAS SERVICES, L.P., SUCCESSOR IN INTEREST

TO MITCHELL MARKETING COMPANY, F/K/A SOUTHEASTERN

MARKETING COMPANY, N/K/A DEVON GAS SERVICES, L.P.,

Appellants

v.

WILLIAM HARRINGTON, 

Appellee

_________________________________

FROM THE 221
ST
 DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 02-10-06625-CV; HON. SUZANNE STOVALL, PRESIDING

_______________________________

On Motion to Dismiss

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Winnie Pipeline Company, n/k/a Acacia Natural Gas Corporation, and Mitchell Gas Services, L.P., successor in interest to Mitchell Marketing Company, f/k/a Southeastern Marketing Company, n/k/a Devon Gas Services, L.P. (Winnie), by and through its attorney, has filed a motion to dismiss this appeal because it no longer desires to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.                               

Per Curiam